PROB 12B
(7/93)

# United States District Court

for

### District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Mark Hooks                                    Cr.:07-00858-001
                                                                 PACTS Number: 48403

Name of Sentencing Judicial Officer: Jose L. Linares, USDJ

Date of Original Sentence: 03/19/08

Original Offense: Interference with Commerce by Threat or Violence

Original Sentence: 12 months, 1 day custody; 24 months supervised release; $500 fine; $100 special assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/11/09

### PETITIONING THE COURT

[ ]   To extend the term of supervision for         Years, for a total term of         Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

### CAUSE

On May 15, 2010, Hooks submitted a urine sample that the laboratory confirmed was positive for marijuana.

Respectfully submitted,

*[signature]*

By: Denise Morales
    U.S. Probation Officer
Date: 06/11/10

PROB 12B - Page 2
Mark Hooks

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____6/14/10_____
Date