PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Mark Hooks

Cr.: 07-00858-001
PACTS #: 48403

Name of Sentencing Judicial Officer: Jose L. Linares, USDJ

Date of Original Sentence: 03/19/08

Original Offense: Interference with Commerce by Threat or Violence

Original Sentence: 12 months imprisonment, 24 months supervised release; $500 fine; $100 special assessment

Type of Supervision: Supervised Release          Date Supervision Commenced: 03/11/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states **'ALCOHOL/DRUG TESTING AND TREATMENT** |
| | **You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'** |
| 2 | The offender has violated the standard supervision condition which states **'You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.'** |

In correspondence dated June 16, 2010, we notified Your Honor that Hooks had been arrested in Passaic, New Jersey, on April 14, 2010, for Driving While Under the Influence. At our direction, Hooks subsequently completed a 28-day inpatient treatment program at Straight and Narrow, Paterson, New Jersey. Hooks recently commenced intensive out-patient treatment at Straight and Narrow.

On October 21, 2010, Hooks pleaded guilty to Driving While Under the Influence; he was fined $758 and his driving privileges were suspended for eight months. The sentence also includes the use of an interlock device (interlock products are breath alcohol analyzers that keep drivers with DWIs/DUIs from operating vehicles if their breath alcohol is over a pre-set level).

U.S. Probation Officer Action:

The Probation Office proposes that we continue to help Hooks maintain his sobriety via intensive out-patient treatment at Straight and Narrow. Should Hooks discontinue to attend as directed, test positive for either drugs or alcohol, or if there are any additional arrests for DWI, the matter will be immediately referred to Your Honor.

Respectfully submitted,

By:  Denise Morales
     U.S. Probation Officer
Date:  11/23/10

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✔] Other-Continue intensive out patient treatment at Straight and Narrow.

Signature of Judicial Officer

11/29/10
Date